CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Pacheco Plaza, LLC; Sora Enterprises, Inc.

Center for Disability Access
Raymond G. Ballister, Jr., Esq
Mark Potter, Esq.
Phyl Grace, Esq.
P. O. Box 262490
San Diego, CA  92196-2490

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott N. Johnson**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Pacheco Plaza, LLC; Sora Enterprises, Inc. and Does 1-10,**<br><br>          Defendants. | **CASE NO.  2:15-cv-02455-TLN-CKD**<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br>**[Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Scott Johnson and Defendants Pacheco Plaza, LLC ("Pacheco") and Sora Enterprises, Inc.

1  ("Sora") by and through their respective attorneys, Phyl Grace and Cris C. Vaughan,
2  hereby stipulate to, and request the Court to, set aside the default that was entered by
3  the Clerk in this matter on January 27, 2016, for good cause and to allow Defendants
4  Pacheco and Sora to file an Answer to the Complaint within ten (10) days after entry of
5  the Order setting aside the default.
6         IT IS SO STIPULATED.
7  Dated: February 4, 2016                    /s/ Phyl Grace
                                              Phyl Grace, Attorney for
8                                             Plaintiff Scott Johnson
9  Dated: February 4, 2016
10
11                                            /s/ Cris C. Vaughan
                                              Cris C. Vaughan, Attorney for
12                                            Defendants, Pacheco Plaza, LLC and
                                              Sora Enterprises, Inc.
13
14
15                                   ORDER
16
17         IT IS SO ORDERED; that the Default entered in this matter on January 27, 2016 is
18  hereby set aside and Defendants shall file an Answer to the Complaint no later than ten
19  (10) days after this Order is filed.
20
21  Dated: February 4, 2016
22
23                                            _____
                                              Troy L. Nunley
24                                            United States District Judge
25