CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff Scott Johnson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Pacheco Plaza, LLC,** a California Limited Liability;<br>**Sora Enterprises, Inc.,** a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No 2:15-CV-02455-TLN-CKD<br><br>**Order Granting Request to File First Amended Complaint** |

　　Having read the Stipulation of the Parties, and for good cause shown, this Court hereby **GRANTS** the request to file a First Amended Complaint.

Dated: May 19, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge